PROB 35                                                                                                 Report and Order Terminating Supervision
(Rev 3/93)                                                                                                    Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                                                  Crim. No. 5:96-CR-69-H

MARCUS DURRELL JONES

On May 4, 2007, the above named was placed on supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                                          Respectfully submitted,

/s/Jeffrey L. Keller                                                  /s/Maurice J. Foy
Jeffrey L. Keller                                                         Maurice J. Foy
Supervising U.S. Probation Officer                     U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _21st_ day of _December_, 2010.

_Malcolm J. Howard_
Malcolm J. Howard
Senior U.S. District Judge